# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Robert Olsen | § | Case No. 15-41329 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/07/2015 . The undersigned trustee was appointed on 12/07/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $         5,222.76

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 20.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]                              $ | 5,202.76 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/23/2016 and the deadline for filing governmental claims was 06/06/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,272.28 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,272.28 , for a total compensation of $ 1,272.28 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 5.92 , for total expenses of $ 5.92 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/10/2016                By: /s/Joji Takada, Chapter 7 Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-41329 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |

| Case Name: | Robert Olsen | | Date Filed (f) or Converted (c): | 12/07/2015 (f) |
|---|---|---|---|---|
| | | | 341(a) Meeting Date: | 12/29/2015 |
| For Period Ending: | 10/10/2016 | | Claims Bar Date: | 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account<br><br>Debtor funds in son's bank account<br>Chase Checking Account 959528035<br>Line from Schedule A/B: 17.1 | 0.00 | 5,222.76 | | 5,222.76 | FA |
| 2. Real Estate<br><br>2712 Old Woods Trail, Plainfield IL 60544-0000 | 150,000.00 | 0.00 | | 0.00 | FA |
| 3. Vehicle<br><br>2013 Cadillac XTS 29,700 miles | 24,823.00 | 0.00 | | 0.00 | FA |
| 4. Real Estate<br><br>2167 Landings Lane Delavan, WI<br>53115 Walworth County<br>SECOND HOME | 125,000.00 | 5,000.00 | | 0.00 | FA |
| 5. Watercraft, aircraft, motor homes, ATVs and other recreation<br><br>2007 SmokerKraft Paradise<br>26 ft Pontoon Boat, Paradise Model | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods Furnishings<br><br>1 Kitchen Table and 4 Chairs, 2 Couches, 2 Televisions, 1 Queen Size Bedroom Set<br>Line from Schedule A/B: 6.1 | 200.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods Furnishings<br><br>Office Furniture and Computer<br>Line from Schedule A/B: 6.2 | 100.00 | 0.00 | | 0.00 | FA |
| 8. Clothing<br><br>Work Clothing<br>Line from Schedule A/B: 11.1 | 200.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Policy<br><br>Met Life Term Life Insurance Policy<br>Line from Schedule A/B: 31.1 | 25,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $327,323.00      $10,222.76      $5,222.76      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NFR TFR Fee app completed and sent to UST - Joji Takada 7/26/2016

Initial Projected Date of Final Report (TFR): 12/07/2016     Current Projected Date of Final Report (TFR): 12/07/2016

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 15-41329 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit B |
| Case Name: Robert Olsen | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX0239 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3437 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/10/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/16 | 1 | Robert Olsen | Non-exempt funds Non-exempt bank funds | 1129-000 | $5,200.00 | | $5,200.00 |
| 02/20/16 | 1 | Thinking Outside the Box Law, Inc. | Non-exempt funds Non-exempt bank funds | 1129-000 | $22.76 | | $5,222.76 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,212.76 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,202.76 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $5,222.76 | $20.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,222.76 | $20.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,222.76 | $20.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $5,222.76 | $20.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0239 - Checking | $5,222.76 | $20.00 | $5,202.76 |
|  | $5,222.76 | $20.00 | $5,202.76 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,222.76 |
| Total Gross Receipts: | $5,222.76 |

Page Subtotals:                 $0.00           $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-41329  
Debtor Name: Robert Olsen  
Claims Bar Date: 5/23/2016  

Date: October 10, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $1,272.28 | $1,272.28 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $5.92 | $5.92 |
| 1 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $84,177.20 | $84,177.20 |
| 2 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $11,832.75 | $11,832.75 |
| 3 300 7100 | American Infosource Lp As Agent For<br>Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $50.00 | $50.00 |
| 4 300 7100 | American Infosource Lp As Agent For<br>Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $50.00 | $50.00 |
| 5 300 7100 | Mary Monaco,Do<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Unsecured | | $0.00 | $73.00 | $73.00 |
| | Case Totals | | | $0.00 | $97,461.15 | $97,461.15 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-41329
Case Name: Robert Olsen
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 5,202.76

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,272.28 | $ 0.00 | $ 1,272.28 |
| Trustee Expenses: Joji Takada | $ 5.92 | $ 0.00 | $ 5.92 |

Total to be paid for chapter 7 administrative expenses     $     1,278.20
Remaining Balance     $     3,924.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,182.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry Spv I, Llc | $ 84,177.20 | $ 0.00 | $ 3,434.69 |
| 2 | Discover Bank | $ 11,832.75 | $ 0.00 | $ 482.81 |
| 3 | American Infosource Lp As Agent For | $ 50.00 | $ 0.00 | $ 2.04 |
| 4 | American Infosource Lp As Agent For | $ 50.00 | $ 0.00 | $ 2.04 |
| 5 | Mary Monaco,Do | $ 73.00 | $ 0.00 | $ 2.98 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,924.56 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE