# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                §
                                      §
Robert Olsen                          §    Case No. 15-41329
                                      §
                                      §
          Debtor                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Joji Takada, Chapter 7 Trustee   , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 284,823.00                        Assets Exempt: 42,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,924.56          Claims Discharged
                                                    Without Payment:  589,527.39


Total Expenses of Administration:  1,298.20

---

   3) Total gross receipts of $ 5,222.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,222.76 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 367,891.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,298.20 | 1,298.20 | 1,298.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 129,377.35 | 96,182.95 | 96,182.95 | 3,924.56 |
| **TOTAL DISBURSEMENTS** | $ 497,269.00 | $ 97,481.15 | $ 97,481.15 | $ 5,222.76 |

4) This case was originally filed under chapter 7 on 12/07/2015 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2017        By:/s/Joji Takada, Chapter 7 Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank Account | 1129-000 | 5,222.76 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,222.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Caf/Carmax Auto Finance, Attn: Bankruptcy Po Box 440609 Kennesaw, GA 30160 | | 35,429.00 | NA | NA | 0.00 |
| | Cavalry Portfolio Services, LLC, 500 Summit Lake Drive Suite 400 Valhalla, NY 10595 | | 72,348.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TNB Financial, 1410 N. Meacham Rd. Schaumburg, IL 60073 | | 120,000.00 | NA | NA | 0.00 |
| | TNB Financial, 1410 N. Meacham Rd. Schaumburg, IL 60073 | | 131,091.00 | NA | NA | 0.00 |
| | TNB Financial, 1410 N. Meacham Rd. Schaumburg, IL 60073 | | 9,023.31 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 367,891.65 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,272.28 | 1,272.28 | 1,272.28 |
| Joji Takada | 2200-000 | NA | 5.92 | 5.92 | 5.92 |
| Associated Bank | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,298.20 | $ 1,298.20 | $ 1,298.20 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Action Marine Service yes, PO Box 175 Powers Lake, WI 53159 | | 597.20 | NA | NA | 0.00 |
| | Americollect, 1851 S Alverno Rd Manitowoc, WI 54220 | | 171.00 | NA | NA | 0.00 |
| | Cab Serv, 90 Barney Dr Joliet, IL 60435 | | 530.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cavalry Portfolio Services, LLC, 500 Summit Lake Drive | | 72,348.34 | NA | NA | 0.00 |
| | Cda/pontiac, Attn:Bankruptcy Po Box 213 Streator, IL 61364 | | 78.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 10,747.67 | NA | NA | 0.00 |
| | Collection Prof/lasalle, Po Box 416 La Salle, IL 61301 | | 77.00 | NA | NA | 0.00 |
| | Convergent Outsourcing, Inc., 10750 Hammerly Blvd. #200 Houston, TX 77043 | | 14,878.37 | NA | NA | 0.00 |
| | Credit Collections Svc, Po Box 773 Needham, MA 02494 | | 55.00 | NA | NA | 0.00 |
| | Creditors Discount and Audit Co., 415 East Main Street P.O. Box 213 Streator, IL 61364 | | 34.03 | NA | NA | 0.00 |
| | Discover, PO Box 6103 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Eos Cca, Po Box 981008 Boston, MA 02298 | | 257.52 | NA | NA | 0.00 |
| | Financial Recovery Services, PO Box 385908 Minneapolis, MN 55438 | | 14,315.58 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Collection Service/ICS, Illinois Collection Service Po Box 1010 Tinley Park, IL 60477 | | 639.00 | NA | NA | 0.00 |
| | Illinois Collection Service/ICS, Illinois Collection Service Po Box 1010 Tinley Park, IL 60477 | | 204.00 | NA | NA | 0.00 |
| | Lifequest, 2930 State Road 22 Wautoma, WI 54982 | | 1,626.00 | NA | NA | 0.00 |
| | Merchants Cr, 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 199.00 | NA | NA | 0.00 |
| | Merchants Cr, 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 329.00 | NA | NA | 0.00 |
| | Merchants Cr, 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 3,934.00 | NA | NA | 0.00 |
| | Meridian Medical Associates, 100 Glenwood Ave. Joliet, IL 60435 | | 482.69 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | MiraMed Revenue Group, 991 Oak Creek Dr. Lombard, IL 60148 |  | 1,073.73 | NA | NA | 0.00 |
|  | MiraMed Revenue Group, Dept 77304 Po Box 77000 Detroit, MI 48277 |  | 422.42 | NA | NA | 0.00 |
|  | MiraMed Revenue Group, Dept 77304 Po Box 77000 Detroit, MI 48277 |  | 425.00 | NA | NA | 0.00 |
|  | MiraMed Revenue Group, Dept 77304 Po Box 77000 Detroit, MI 48277 |  | 83.80 | NA | NA | 0.00 |
|  | Mrsi, 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 |  | 420.00 | NA | NA | 0.00 |
|  | United Crdt, United Credit Service Po Box 740 Elkhorn, WI 53121 |  | 5,346.00 | NA | NA | 0.00 |
|  | Vision Financial Servi, 1900 W Severs Rd La Porte, IN 46350 |  | 103.00 | NA | NA | 0.00 |
| 1 | Cavalry Spv I, Llc | 7100-000 | NA | 84,177.20 | 84,177.20 | 3,434.69 |
| 2 | Discover Bank | 7100-000 | NA | 11,832.75 | 11,832.75 | 482.81 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | American Infosource Lp As Agent For | 7100-001 | NA | 50.00 | 50.00 | 2.04 |
| 4 | American Infosource Lp As Agent For | 7100-001 | NA | 50.00 | 50.00 | 2.04 |
| 5 | Mary Monaco,Do | 7100-001 | NA | 73.00 | 73.00 | 2.98 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 129,377.35 | $ 96,182.95 | $ 96,182.95 | $ 3,924.56 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-41329 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Robert Olsen | | | | Date Filed (f) or Converted (c): | 12/07/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/29/2015 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account<br><br>Debtor funds in son's bank account<br>Chase Checking Account 959528035<br>Line from Schedule A/B: 17.1 | 0.00 | 5,222.76 | | 5,222.76 | FA |
| 2. Real Estate<br><br>2712 Old Woods Trail, Plainfield IL 60544-0000 | 150,000.00 | 0.00 | | 0.00 | FA |
| 3. Vehicle<br><br>2013 Cadillac XTS 29,700 miles | 24,823.00 | 0.00 | | 0.00 | FA |
| 4. Real Estate<br><br>2167 Landings Lane Delavan, WI<br>53115 Walworth County<br>SECOND HOME | 125,000.00 | 5,000.00 | | 0.00 | FA |
| 5. Watercraft, aircraft, motor homes, ATVs and other recreation<br><br>2007 SmokerKraft Paradise<br>26 ft Pontoon Boat, Paradise Model | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods Furnishings<br><br>1 Kitchen Table and 4 Chairs, 2 Couches, 2 Televisions, 1 Queen Size Bedroom Set<br>Line from Schedule A/B: 6.1 | 200.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods Furnishings<br><br>Office Furniture and Computer<br>Line from Schedule A/B: 6.2 | 100.00 | 0.00 | | 0.00 | FA |
| 8. Clothing<br><br>Work Clothing<br>Line from Schedule A/B: 11.1 | 200.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-41329 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Robert Olsen | | | | Date Filed (f) or Converted (c): | 12/07/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/29/2015 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. Insurance Policy<br><br>Met Life Term Life Insurance Policy<br>Line from Schedule A/B: 31.1 | 25,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $327,323.00   $10,222.76   $5,222.76   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NFR TFR Fee app completed and sent to UST - Joji Takada 7/26/2016

TFR filed. - Joji Takada 11/20/2016


Initial Projected Date of Final Report (TFR): 12/07/2016    Current Projected Date of Final Report (TFR): 06/30/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 15-41329 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Robert Olsen | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0239 |
| | Checking |
| Taxpayer ID No: XX-XXX3437 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/16 | 1 | Robert Olsen | Non-exempt funds<br>Non-exempt bank funds | 1129-000 | $5,200.00 | | $5,200.00 |
| 02/20/16 | 1 | Thinking Outside the Box Law, Inc. | Non-exempt funds<br>Non-exempt bank funds | 1129-000 | $22.76 | | $5,222.76 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,212.76 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,202.76 |
| 01/19/17 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $1,272.28 | $3,930.48 |
| 01/19/17 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $5.92 | $3,924.56 |
| 01/19/17 | 1003 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Final distribution per court order. | 7100-000 | | $3,434.69 | $489.87 |
| 01/19/17 | 1004 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution per court order. | 7100-000 | | $482.81 | $7.06 |
| 01/19/17 | 1005 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $7.06 | $0.00 |
| | | American Infosource Lp As Agent For | Final distribution per court order.            ($2.04) | 7100-001 | | | |
| | | American Infosource Lp As Agent For | Final distribution per court order.            ($2.04) | 7100-001 | | | |
| | | Mary Monaco,Do | Final distribution per court order.            ($2.98) | 7100-001 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,222.76 | $5,222.76 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,222.76 | $5,222.76 |
| Page Subtotals: | $5,222.76 | $5,222.76 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,222.76 | $5,222.76 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0239 - Checking | $5,222.76 | $5,222.76 | $0.00 |
|  | $5,222.76 | $5,222.76 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,222.76 |
| Total Gross Receipts: | $5,222.76 |

Page Subtotals:    $0.00    $0.00